UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ANTHONY MONTECINO | CIVIL ACTION NO. 06-1158-A |
|---|---|
| -vs- | JUDGE DRELL |
| LYNN COOPER, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the report and recommendation of the magistrate judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner,

IT IS ORDERED that plaintiff's civil rights complaint is referred to Magistrate Judge James D. Kirk for further consideration.

SIGNED on this 24th day of August, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge