UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| ANTHONY MONTECINO | CIVIL ACTION NO. 06-1158-A |
| -vs- | JUDGE DRELL |
| LYNN COOPER, et al. | MAGISTRATE JUDGE KIRK |

_____

### J U D G M E N T

The court notices that mail to plaintiff Anthony Montecino has been returned by the post office with a stamp affixed which states, "Return to Sender. Not Deliverable as Addressed. Unable to Forward." Plaintiff Montecino is required to keep the clerk informed of his current address. He has failed to do so. Thus, the claim of plaintiff Montecino is DISMISSED WITHOUT PREJUDICE for failure to prosecute. See Federal Rule of Civil Procedure 41(b).

SIGNED on this 23rd day of May 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge